# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

Court of Appeals No. (If known):  12-15-00148-CV

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/30/2015 11:45:27 AM
CATHY S. LUSK
Clerk

Trial Court Style:  Racefab., Inc. versus Guy Grantham

Trial Court & County:  Cherokee County Court at Law

Date Trial Clerk's Record Originally Due:  July 3, 2015

Date Court Reporter's/Recorder's Record Originally Due: July 3, 2015

Anticipated Number of Pages of Record:  65 pages

I am responsible for preparing a record in this appeal, but I am unable to file the record by the original due date for the following reason(s):  (Check all that apply – attach additional pages if necessary.)

X       to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☐       my duties listed below preclude working on this record:  _____

X       Other.  (Explain.):  Appellant contacted me by e-mail on June 15, 2015, and requested that I hold off on preparing the Reporter's Record until they determined whether they were going to follow through with their appeal.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by August 3, 2015, and I hereby request an additional 30 days within which to prepare it.  TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed.  I further certify that by my signature below that the information contained in this notice is true and within my personal knowledge.

June 30, 2015                                    /s/ Tena Argenbright
Date                                            Signature

903-683-6497                                    Tena Argenbright
Office Phone Number                             Printed Name

                                                Official Court Reporter
                                                Official Title

TEXAS RULE OF APPELLATE PROCEDURE 9.59(e) reads:

*Certificate requirements:* A certificate of service must be signed by the person who made the service and must state:

(1) the date and manner of service:
(2) the name and addresses of each person served; and
(3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document by fax on June 30, 2015:

Lead Counsel for APPELLANT(S):

Name:  Stephen E. McCleery

Address:  5020 Montrose Blvd, 6th Floor Houston, Texas  77006

Phone No.:  713-622-3555

Attorney for: Guy Grantham

Lead Counsel for APPELLEE(S):

Name:  R. Christopher Day

Address:  517 E. Commerce St. Jacksonville, Texas  75766

Phone No.: 903-586-5100

Attorney for: Racefab, Inc.

Lead Counsel for APPELLANT(S):

Name: _____

Address: _____

_____

Phone No.: _____

Attorney for: _____

Lead Counsel for APPELLEE(S):

Name: _____

Address: _____

_____

Phone No.: _____

Attorney for: _____

Additional information, if any: _____